UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Thomas Trupiano

   v.          09-cv-101-PB

Grafton County Department of Corrections

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 17, 2009.

SO ORDERED.

May 8, 2009        /s/ Paul Barbadoro
             Paul Barbadoro
             United States District Judge

cc: Thomas Trupiano, Pro Se